IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-10-SPM-GRJ

WILLIAM J. ERICKSON
_____/

## ORDER

This matter is before the Court on Doc. 675, Defendant's motion requesting affidavit. Defendant requests a copy of the search warrant and accompanying affidavit for the search of 20120 SW 191st Avenue, Archer, Florida. As Defendant points out, the search warrant and affidavit were previously unsealed by the Court (Doc. 171). However, the documents Defendant requests are not a part of the Court's docket entry record and, according to Judge Mickle's order unsealing the search warrant, were to be turned over in the discovery process during the underlying criminal trial. (Doc. 171.) Defendant is advised to request the documents from his trial and/or appellate attorneys. Defendant is also advised that discovery may not be conducted in a § 2255 case absent leave of court, for good cause shown. *See* Rule 6, Rules Governing § 2255 Proceeding.

Accordingly, it is **ORDERED:**

Defendant's motion requesting affidavit, Doc. 675, is **DENIED.**

**DONE AND ORDERED** this 9th day of April 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge